ADAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:05CR579 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Craig A. Morgan | ) | |
| | ) | |
| Defendant(s). | ) | |

A report and recommendation of Magistrate Judge James S. Gallas was filed in this matter recommending that the above defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts Magistrate Judge James S. Gallas's Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.

Date: May 11, 2006            *S/John R. Adams*
                              John R. Adams
                              U.S. District Judge